```
 1  CAMPEAU GOODSELL SMITH, L.C.
    SCOTT L. GOODSELL, #122223
 2  WILLIAM J. HEALY, #146158
    440 N. 1st Street, Suite 100
 3  San Jose, California   95112
    Telephone:  (408) 295-9555
 4  Facsimile:   (408) 295-6606

 5  ATTORNEYS FOR
    Plaintiffs
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re:<br><br>ZIA JAMAL NOORZOY and CECELIA A. AUSTIN,<br><br>Debtor.<br><br>AISHA A. KRECHUNIAK, individually, and as Trustee For THE KRECHUNIAK, AISHA A. 2001 TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ZIA JAMAL NOORZOY and CECELIA A. AUSTIN,<br><br>Defendants. | Case No. 11-60405<br><br>CHAPTER 7<br><br>Adversary Proceeding<br><br>No. 12-05016<br><br>**DECLARATION OF WILLIAM J. HEALY RE: RENEWED MOTION FOR ENTRY OF JUDGMENT**<br><br>Date:  September 22, 2015<br>Time:  1:30 p.m.<br>Court:  United States Bankruptcy<br>  280 South First St., Rm 3099<br>  San Jose, CA<br><br>Judge: Hon. Stephen Johnson |

I, William J. Healy, do hereby declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California, several district and divisions of the District Courts in and for the State of California, including this court, and a member of the law firm of Campeau Goodsell Smith,

**DECLARATION OF WILLIAM J. HEALY RE: RENEWED MOTION FOR ENTRY OF JUDGMENT**

attorneys herein for AISHA A. KRECHUNIAK, individually, and as Trustee For THE KRECHUNIAK, AISHA A. 2001 TRUST ("Plaintiffs").

2. I make this declaration of my own personal knowledge based on my handling of this matter, including review of the court docket and related pleadings, review of materials provided by this firm's client, and various public records, except for those matters based on information and belief and as to those matters I am informed and believe them to be true. If called to testify as to the matters stated herein I would do so in an honest and competent manner. I do not intend to waive any privileges, including the attorney client and work product privileges by way of this declaration.

3. I prepared the accompanying RENEWED MOTION FOR ENTRY OF JUDGMENT of my own personal knowledge or information upon which I am informed and believe, know or believe the facts stated are true and correct, and if called to testify as to the matters stated herein I would do so in an honest and competent manner.

4. Attached hereto as Exhibit A is a true and correct copy of the November 6, 2015 Memorandum of Settlement provided to me by Attorney Ralph Guenther, counsel for defendants (in the Bankruptcy case, Adversary Proceeding, and State Court Action).

5. On November 6, 2014 Plaintiffs and Defendant executed a Memorandum of Settlement which provided, in pertinent part, that Defendant shall pay Plaintiff the total sum of $600,000 as follows: (a) $100,000 by December 31, 2014; (b) 10% of net commissions from April 1, 2015 and thereafter; (c) the balance of $500,000 no more than five (5) years from January 1, 2015; (d) execution of a stipulated judgment against Defendant in the amount of $850,000; (e) that the settlement and stipulated judgment shall be non-dischargeable in bankruptcy; and (f) the settlement shall be confidential[1]. Defendant did not perform pursuant to the Memorandum of Settlement.

6. On April 22, 2015 Plaintiffs filed a Motion for Entry of Judgment (Doc#22). On June

---

[1] I am informed and believe that the Memorandum of Settlement was previously filed in the State Court Action.

2, 2015 the court held a hearing and, as indicated in the official transcript, elected not to grant the motion at that time. A true and correct copy of the official transcript for the hearing on the original Motion for Entry of Judgment is attached hereto as Exhibit B.

7. Following the June 2, 2015 hearing before this court, Plaintiffs returned to state court to enforce the Memorandum of Settlement and obtain a judgment. On July 31, 2015, upon Plaintiffs' motion and over Defendant's opposition/objection, the state court entered judgment in the State Court Action in favor of Plaintiffs and against Defendant. A true and correct copy of the State Court Judgment is attached hereto as Exhibit C.

8. The April 4, 2012 Order On Motion For Relief From Automatic Stay (Docket#57 Main Case), which allowed the State Court Action, in part, to proceed, also indicated that "Enforcement of any judgment against the Debtor in the State Court Action is stayed pending further order of this Court . . ." Except for this Adversary Proceeding (and a similar adversary proceeding), the Debtors received a discharge on June 13, 2013 (Docket#113 Main Case), a Final Decree was entered on April 1, 2014 (Docket#120 Main Case), and the bankruptcy case was closed on April 1, 2014. Except for potential application of the April 2, 2012 order, the automatic stay terminated no later than April 1, 2014 (11 U.S.C. 362 (c)(1) and (2)). Further delayed enforcement must be avoided.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and executed this 4th day of August 2015 in San Jose, California.

/s/ William J. Healy
William J. Healy