# EXHIBIT C

# COPY

FILED

JUL 3 1 2015

TERESA A. RISI
CLERK OF THE SUPERIOR COURT
_____ DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MONTEREY

| | |
|---|---|
| THE KRECHUNIAK, AISHA A. 2001 TRUST, AISHA A. KRECHUNIAK, as Trustee and AISHA A. KRECHUNIAK, Individually, | Case No. M100205 (Consolidated with M100211) |
| Cross-Complainant, | JUDGMENT AGAINST CROSS-DEFENDANT ZIA JAMAL NOORZOY |
| vs. | |
| JEFFREY D. DIEDEN, ANDREW L. DIEDEN, ZIA JAMAL NOORZOY, RHESUS, INC. Doing Business As ALAIN PINEL REALTY and ROES 1 THROUGH 25, | |
| Cross-Defendants. | |

IT IS HEREBY ORDERED that Cross-Complainant THE KRECHUNIAK, AISHA A. 2001 TRUST, AISHA A. KRECHUNIAK, as Trustee and AISHA A. KRECHUNIAK, Individually, have and recover from Cross-Defendant ZIA JAMAL NOORZOY damages in the total sum of Eight Hundred Fifty Thousand Dollars ($850,000.00).

Cross-Complainant THE KRECHUNIAK, AISHA A. 2001 TRUST, AISHA A. KRECHUNIAK, as Trustee and AISHA A. KRECHUNIAK, Individually, will be entitled to legal interest from the date the Judgment is entered/filed.

IT IS SO ORDERED.

Dated: JUL 3 1 2015

THOMAS W. WILLS
JUDGE OF THE SUPERIOR COURT