Entered on Docket
September 23, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed September 23, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CECELIA A. AUSTIN and ZIA JAMAL NOORZOY,<br><br>                    Debtors. | Case No. 11-60405 SLJ<br><br>Chapter 7 |
| AISHA A. KRECHUNIAK, individually and as Trustee for THE KRECHUNIAK, AISHA A. 2001 TRUST,<br><br>                    Plaintiff,<br>     v.<br>ZIA JAMAL NOORZOY and CECELIA A. AUSTIN,<br><br>                    Defendant. | AP No. 12-05016<br><br>Hearing<br>Date:  September 22, 2015<br>Time:  1:30 p.m.<br>Place:  Courtroom 3099<br>         280 South First Street<br>         San Jose, CA 95113 |

## ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT

The Plaintiff's Renewed Motion for Entry of Judgment ("Motion") came on for hearing at the above-referenced date and time. Appearances were noted on the record. For the reasons orally stated on the record, the Plaintiff's motion is GRANTED. The court will prepare an order.

IT IS SO ORDERED.

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT              1/3

Case: 12-05016    Doc# 35    Filed: 09/23/15    Entered: 09/23/15 10:57:58    Page 1 of 3

***END OF ORDER***

**COURT SERVICE LIST**

[ECF recipients only]

ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT 3/3