

The following constitutes
the order of the court. Signed September 23, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CECELIA A. AUSTIN and ZIA JAMAL NOORZOY,<br><br>                Debtors. | Case No. 11-60405 SLJ<br>Chapter 7 |
| AISHA A. KRECHUNIAK, individually and as Trustee for THE KRECHUNIAK, AISHA A. 2001 TRUST,<br>                Plaintiff,<br>v.<br>ZIA JAMAL NOORZOY and CECELIA A. AUSTIN,<br>                Defendant. | AP No. 12-05016<br><br>Hearing<br>Date:   September 22, 2015<br>Time:   1:30 p.m.<br>Place:   Courtroom 3099<br>          280 South First Street<br>          San Jose, CA 95113 |

## JUDGMENT

For the reasons stated in the court's Order Granting Motion for Entry of Judgment, entered on September 22, 2015, good cause appearing,

It is hereby ORDERED, ADJUDGED, AND DECREED THAT the obligation of Defendant(s) pursuant to the Judgment Against Cross-Defendant Zia Jamal Noorzoy, filed on July 31, 2015, in the Monterey County Superior Court, is declared to be non-dischargeable

JUDGMENT                                                                                    1/3

pursuant to 11 U.S.C. § 523(a) and the parties' Memorandum for Settlement signed on November 6, 2014.

IT IS SO ORDERED.

***END OF ORDER***

**COURT SERVICE LIST**

[ECF recipients only]

JUDGMENT 3/3